

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2020

No. 04-20-00091-CV

Matthew L. **WEBB,**
Appellant

v.

**HEB LP,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI00522
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's motion for rehearing is DENIED.

It is so **ORDERED** on this 4th day of May, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court